UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>14.7 ACRES OF LAND, more or less, situate in Klickitat County, State of Washington; and KEN HILL, INC., et al.,<br><br>　　　　　　　　Defendants. | NO: 12-CV-3150-RMP<br><br>GROUP 2<br><br>ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTON OF PARTIES |

**BEFORE THE COURT** is Defendant Ken Hill, Inc.'s unopposed motion for an order substituting Kenneth R. Hill and Melody J. Hill, Trustees, or their successor in trust, as trustee of the Ken and Melody Hill Revocable Living Trust dated December 19, 2013, including any amendments thereto, as parties of interest in Case No. 03150.  The Court has considered the motion and file and finds good cause to grant the unopposed motion.

ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTON OF PARTIES ~ 1

1    Accordingly, **IT IS HEREBY ORDERED** that Defendant Hill's unopposed

2    motion pursuant for an order substituting Kenneth R. Hill and Melody J. Hill,

3    Trustees, or their successor in trust, as trustee of the Ken and Melody Hill

4    Revocable Living Trust, dated December 19, 2013, including any amendments

5    thereto, as parties of interest in Case No. 03150, **ECF No. 55**, is **GRANTED**.

6    The District Court Clerk is hereby directed to enter this Order, to provide

7    copies to counsel, and to amend the docket to substitute Kenneth R. Hill and

8    Melody J. Hill, Trustees, or their successors in trust, as trustee of the Ken and

9    Melody Hill Revocable Living Trust for Defendant Ken Hill, Inc.

10    **DATED** this 26th day of August 2014.

11

12                                                        *s/ Rosanna Malouf Peterson*
            ROSANNA MALOUF PETERSON
            Chief United States District Court Judge

ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTON OF PARTIES ~ 2